**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 14, 2019**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00888-CR

---

**THE STATE OF TEXAS, Appellant**

**V.**

**GABRIEL SERNA GARCIA, Appellee**

---

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 17-DCR-079362**

---

## MEMORANDUM OPINION

On October 15, 2018, the State filed an appeal from the trial court's order granting of a motion to suppress in favor of appellee. *See* Tex. Code Crim. Proc. Art. 44.01(a)(5). On March 1, 2019, the State file a motion to dismiss the appeal. *See* Tex. R. App. P. 42.2. This court has not issued a decision, and we grant the

State's motion.

The appeal is dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.

Do Not Publish – Tex. R. App. P. 47.2(b)